**United States District Court**
For the Northern District of California

**\*E-FILED:  5/24/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF H-SQUARE MECHANICAL, INC.,<br><br>        Plaintiff,<br>    v.<br><br>KUDSK CONSTRUCTION, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>        Defendants. | No. C06-05646 HRL<br><br>**ORDER DENYING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Docket No. 20]** |

Defense counsel request leave to appear telephonically at the May 29, 2007 initial case management conference.  Upon consideration of the papers presented, and no good cause appearing, the request is denied.

Dated:   May 24, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-5646 Notice will be electronically mailed to:**

Lori A. Lutzker llutzker@cmith.com

Michelle Leu Zaccone mzaccone@cmithlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:06-cv-5646 Courtesy copy will be mailed to:**

Lester G. Sachs
1905 The Alameda, Suite. 2
San Jose, CA 95126

**Counsel is reminded of the obligation to register for e-filing pursuant to General Order No. 45**.