LAW OFFICES
LESTER G. SACHS
GEORGIAN MANOR, SUITE 2
1905 THE ALAMEDA
SAN JOSE, CALIFORNIA 95126-1428
TELEPHONE (408) 296-1988

Attorney for PLAINTIFF, CROSS-DEFENDANT AND CROSS-COMPLAINANT, H-SQUARE MECHANICAL, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE OFFICE

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF H-SQUARE MECHANICAL, INC. <br><br> Plaintiff, <br><br> vs. <br><br> KUDSK CONSTRUCTION, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | NO. C06 05646 <br><br> ORDER GRANTING REQUEST FOR DISMISSAL OF THE USE PLAINTIFF H-SQUARE MECHANICAL, INC. COMPLAINT AND CROSS-COMPLAINT |

After review of the plaintiff and cross-complainant's H-SQUARE MECHANICAL, INC.'S request that the Court dismiss its complaint and cross-complaint with prejudice. Each side is to bear their own fees and costs.

IT IS HEREBY ORDERED, that the complaint and cross-complaint are dismissed with prejudice. Each side is to bear their own fees and costs.

Dated: 1/4/08

_____
United States District Court Magistrate Judge

H-Square Mechanical, Inc. v. Kudsk Construction, Inc.
Case No. C0605646
File 5478

Order Granting Request for Dismissal

-1-