1  Michelle Leu Zaccone, Esq. (Bar No. 188504)
   Lori A. Lutzker, Esq. (Bar No. 124589)
2  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
3  216 Park Road
   P.O. Box 513
4  Burlingame, California 94011-0513
   Telephone: (650) 342-9600
5  Facsimile: (650) 342-7685

6  Attorneys for Cross-Complainant
   Kudsk Construction, Inc.

**FILED**

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JAN 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE OFFICE

| | |
|---|---|
| UNITED STATES FOR THE USE & BENEFIT OF H-SQUARE MECHANICAL INC., <br><br> Plaintiff, <br><br> vs. <br><br> KUDSK CONSTRUCTION, INC. et al., <br><br> Defendants. <br><br> AND RELATED CROSS-COMPLAINT | No. C06 05646 <br><br> ORDER GRANTING REQUEST FOR DISMISSAL OF KUDSK CONSTRUCTION, INC.'S CROSS-COMPLAINT |

After review of Cross-Complainant Kudsk Construction, Inc.'s request that the Court dismiss its cross-complaint with prejudice. Each side is to bear their own fees and costs.

IT IS HEREBY ORDERED that the cross-complaint is dismissed with prejudice. Each side is to bear their own fees and costs.

Dated: 1/4/08

_____
United States ~~District Court~~ Judge
Magistrate